**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00841-RPM

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

        Plaintiff,

v.

SPLEDIE, LLC,
SPLASH MANAGEMENT, LLC,
BETZALEL GETZEL, individually,
and VOUGHN RAEL, individually,

        Defendants.

## ORDER FOR LIMITED DISCOVERY

The Joint Motion for Discovery and attached Stipulated Discovery Plan filed July 30, 2007 by the parties is hereby GRANTED and APPROVED. Accordingly, it is hereby ORDERED that discovery shall be permitted on the factual issues raised by Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) as set forth in the stipulated discovery plan and according to the following schedule:

    1. No later than ten days from the date of this Order, the parties shall propound Requests for Production of Documents under Fed. R. Civ. P. 34.

    2. No later than thirty days after receipt of the Requests for Production of Documents, the parties shall respond to the requests as required by Fed. R. Civ. P. 34.

3. No later than ten days after the parties' receipt of requested documents the parties shall schedule depositions of not more than four persons for Plaintiff and four persons for Defendants pursuant to Fed. R. Civ. P. 30.

4. No later than thirty days after scheduling the depositions, the parties shall conduct all depositions.

5. All discovery shall be completed no later than ninety days from the date of this Order.

6. Plaintiff shall file a response to Defendant's Motion to Dismiss within 15 days from the date the discovery period ends as set forth in paragraph 5 of the Order.

Dated:   July 30th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
Senior District Judge