**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **07- CV 00841-RPM**

Elaine L. Chao, Secretary of Labor
United States Department of Labor

       Plaintiffs,

v.

Spledie, LLC, Splash Management, LLC,
Betzalel Getzel, individually, and Voughn Rael, individually

       Defendants.

**ORDER**

CONSIDERING the motion to withdraw the motion to dismiss filed by defendants, and the Court being informed,

IT IS HEREBY ORDERED that defendants' motion for to withdraw their motion to dismiss is granted. Defendants shall file an answer to the Complaint on or before October 16, 2007.

DATED: September 26th, 2007.

       s/Richard P. Matsch

       _____
       Richard P. Matsch, Senior Judge