IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00841-RPM

ELAINE L. CHAO, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

SPLEDIE, LLC,
SPLASH MANAGEMENT, LLC,
BETZALEL GETZEL, and
VOUGHN RAEL,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal and Compliance [14] filed on November 28, 2007, it is

ORDERED that this case is dismissed with prejudice, each party to bear their own costs, fees, and expenses in connection with any phase of this proceeding.

DATED: November 28th, 2007

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior Judge